IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRANK SARABIA                                                                                          PLAINTIFF

vs.                                            No. 4:18-cv-441-JM

MATTHEW MANNISTO                                                                                  DEFENDANT

## JUDGMENT

Pursuant to the order entered this day, the complaint of the plaintiff is dismissed with prejudice.

IT IS SO ORDERED this 15th day of January, 2019.

_____
James M. Moody Jr.
United States District Judge